IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO 3:16-cv-377-WHA ) |
| ROBERT T. TREESE, III, et al., | )  (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on June 7, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

    1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #2) is DENIED.

    2.  This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of this case.

DONE this 29th day of June, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE